NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BAHADIR YAHSI, | Criminal Action No.: 11-353(JLL)<br><br>**ORDER** |

**LINARES**, District Judge,

This matter comes before the Court on Defendant's motion to file a reply to the Government's opposition to Defendant's motion to dismiss and for discovery, and to supplement the motion record. Because this case is set for an omnibus hearing on March 26, 2012 at 10:00 a.m., the Court finds that allowing Defendant to submit a reply may result in the undue delay of this hearing. Accordingly, Defendant will be given the opportunity to duly traverse on the record at the upcoming hearing.

Further, as Defendant's motion to supplement to the record is unopposed, Defendant's application will be granted.

**IT IS** on this 21st day of March, 2012,

**ORDERED** that Defendant's motion for leave to file a reply is denied; and it is further

**ORDERED** that the Defendant's motion to supplement the record with additional exhibits is granted.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE