NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 11-353 (JLL) |
| v. | ORDER |
| BAHADIR YAHSI, | |

**LINARES**, District Judge.

This matter comes before the Court Defendant's motion to dismiss the second superseding indictment [Docket Entry No. 50]. For the reasons placed on the record on April 2, 2012,

**IT IS** on this 2nd day of April, 2012,

**ORDERED** that Defendant's motion to dismiss the second superseding indictment is **DENIED**.

**SO ORDERED.**

s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE