NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal Action No.: 11-353 (JLL) |
|---|---|
| v. | ORDER |
| BAHADIR YAHSI, | |

**LINARES**, District Judge.

This matter comes before the Court on Defendant's Notice of Appeal of this Court's denial of Defendant's motion to dismiss the Second Superseding Indictment on Double Jeopardy Grounds. For the reasons stated in this Court's corresponding Letter Opinion, this Court finds that it has been divested of jurisdiction pending appeal. Accordingly,

**IT IS** on this 5th day of April, 2012,

**ORDERED** that this matter be and is hereby **STAYED** pending appeal of this Court's April 2, 2012 Order denying Defendant's motion to dismiss on Double Jeopardy grounds.

**SO ORDERED.**

                                                  s/ Jose L. Linares
                                                JOSE L. LINARES
                                                U.S. DISTRICT JUDGE