UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 11-353 (JLL) |
| BAHADIR YAHSI | : | <u>ORDER</u> |

This matter having come before the Court at the request of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu, Assistant U.S. Attorney, appearing) for an order extending the Government's time in which to file opposition papers to Defendant's Motion for a Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29(a) and a New Trial pursuant to Federal Rule of Criminal Procedure 33 (Docket Entry 115),

IT IS on this 3rd day of January, 2013,

ORDERED that the Government shall file its opposition papers on or before January 11, 2013.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE